IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

DONALD FREDRICK LANDON,

      Appellant,

v.

      Case No. 5D22-622
      LT Case No. 2021-CF-001275-A

STATE OF FLORIDA,

      Appellee.
_____/

Decision filed March 21, 2023

Appeal from the Circuit Court
for Citrus County,
Richard A. Howard, Judge.

Matthew J. Metz, Public Defender,
and Darnelle Paige Lawshe,
Assistant Public Defender, Daytona
Beach, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Bonnie Jean
Parrish, Assistant Attorney General,
Daytona Beach, for Appellee.

PER CURIAM.

     AFFIRMED.

WALLIS, EISNAUGLE and HARRIS, JJ., concur.